IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| REBEKAH T. NAPPER, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:17-cv-1465 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| WALKER CHEVROLET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Pending before the Court is Defendant's Motion for Summary Judgment (Doc. No. 20). For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion is **GRANTED**, and this action is **DISMISSED**. The Clerk is directed to close the file.

The pretrial conference set for March 15, 2019, and the jury trial set for March 19, 2019, are canceled. This Order shall constitute the final judgment in this action for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

1